UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DOUGLAS JABLONSKY, EDYTHE R.
JABLONSKY, and EDYTHE JABLONSKY          NOTICE OF REMOVAL
RESIDENCE TRUST,                         PURSUANT TO 28 U.S.C. §1446

                              Plaintiffs,    Case No.:  17-cv- 2478

          -against-

LIBERTY INSURANCE CORPORATION,

                              Defendant.
-------------------------------------------------------------X

To The Clerk Of The Southern District:

      Defendant, Liberty Insurance Corporation, by its attorneys, FELDMAN, RUDY,

KIRBY & FARQUHARSON, P.C., seeks the removal of plaintiffs' action from the

Supreme Court of the State of New York to the United States District Court for the

Southern District of New York pursuant to 28 U.S.C. §1446.

      1.     The action is a civil action for breach of contract pending in the Supreme

Court of the State of New York, County of New York.  The United States District Court

for the Southern District of New York has jurisdiction by reason of the diversity of

citizenship of the parties.

      2.     At all times from the date the action was commenced in the State Supreme

Court, New York County, the defendant was and now is an insurance company organized

under the laws of the State of Illinois, having its principal place of business in

Massachusetts.

      3.     Plaintiff Douglas Jablonsky's principal address in Kings County, New

York.

4.      The matter in controversy exceeds $400,000.

5.      Plaintiffs filed the Summons and Verified Complaint on March 8, 2017,

and served the Summons and Complaint on the defendant (via the New York State

Department of Financial Services) on March 9, 2017.  The plaintiffs' Summons and

Verified Complaint are attached to this Notice.

6.      Defendant will provide notice of the filing of the Notice of Removal as

required in the State Court.

7.      A copy of the Notice will be filed with the Clerk of the Supreme Court,

New York County, New York.

WHEREFORE, defendant Liberty Insurance Corporation requests this action

proceed in this Court as an action properly removed to it.

Dated:   Jericho, New York
         April 6, 2017

Yours etc.

FELDMAN, RUDY, KIRBY
& FARQUHARSON, P.C.
Attorneys for Defendant Liberty Insurance Corporation

BY: BRIAN R. RUDY, ESQ. (BR-5672)
410 Jericho Turnpike – Suite 315
Jericho, NY 11753
516-334-2500
brrudy@feldmanrudy.com
info@feldmanrudy.com

TO:    WILKOFSKY, FRIEDMAN, KAREL & CUMMINS, ESQS.
         Attorneys for Plaintiffs
         By: Harry A. Cummins, Esq.
         299 Broadway – Suite 1700
         New York, NY 10007
         212-285-0510
         hcummins@wfkclaw.com

NEW YORK STATE
**DEPARTMENT** *of*
**FINANCIAL SERVICES**

| Andrew M. Cuomo | Maria T. Vullo |
|---|---|
| Governor | Superintendent |

STATE OF NEW YORK

Supreme Court, County of NEW YORK

152222/2017

Douglas Jablonsky; et. al.                                     Plaintiff(s)

against

Defendant(s)

Liberty Insurance Corporation

RE : Liberty Insurance Corporation formerly known as Liberty Insurance Corporation (Vermont)

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons and Complaint in the above entitled action on March 09, 2017 at New York, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

Wilkofsky, Friedman, Karel & Cummins
Harry A. Cummins
299 Broadway-Suite 1700
New York, New York 10007

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

Corporation Service Company
Liberty Insurance Corporation
80 State Street
Albany, New York 12207-2543

*Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

Dated Albany, New York, March 21, 2017
582114

 

# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases.  The NYSCEF site has received your electronically filed document(s) for:

### DOUGLAS JABLONKSY et al - v. - LIBERTY INSURANCE CORPORATION

### 152222/2017

### Assigned Judge: None Recorded

## Documents Received on 03/08/2017 01:05 PM

| Doc # | Document Type | Motion # |
|---|---|---|
| 1 | SUMMONS + COMPLAINT | |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | |

## Filing User

| | | | |
|---|---|---|---|
| Name: | **HARRY A CUMMINS** | | |
| Phone #: | **212-285-0510** | E-mail Address: | **hcummins@wfkclaw.com** |
| Fax #: | | Work Address: | **299 Broadway** |
| | | | **17th Floor** |
| | | | **New York, NY 10007** |

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 03/08/2017 01:05 PM :

**CUMMINS, HARRY A - hcummins@wfkclaw.com**

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**

---

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956     Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

---

**NYSCEF Resource Center -  EFile@nycourts.gov**
**Phone: (646) 386-3033     Fax: (212) 401-9146     Website: www.nycourts.gov/efile**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DOUGLAS JABLONKSY, EDYTHE R. JABLONSKY,
and EDYTHE JABLONSKY RESIDENCE TRUST

Plaintiff/Petitioner,

      -against-                              Index No. 152222/2017

LIBERTY INSURANCE CORPORATION

Defendant/Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF COMMENCEMENT OF ACTION SUBJECT
### TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

**Parties represented by an attorney:** An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

**Parties not represented by an attorney: Unrepresented litigants are exempt from efiling. They can serve and file documents in paper form and must be served with documents in paper form.** However, an unrepresented litigant may participate in efiling.

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts. gov/efileunrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp. gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646- 386-3033; e-mail: efile@nycourts.gov).

Dated: 03/08/2017

/s/
_____
Signature

HARRY A CUMMINS
_____
Name

Wilkofsky, Friedman, Karel & Cummins
_____
Firm Name

299 Broadway, 17th Floor
_____
Address

New York, NY  10007
_____
City, State, and Zip

212-285-0510
_____
Phone

hcummins@wfkclaw.com
_____
E-Mail

To:   Liberty Insurance Corporation

      c/o Dept. of Financial Services

      1 State Street, 19th Floor

      New York, NY 10004

FILED: NEW YORK COUNTY CLERK 03/08/2017 01:05 PM

NYSCEF DOC. NO. 1

INDEX NO. 152222/2017

RECEIVED NYSCEF: 03/08/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------X   Index No.:
DOUGLAS JABLONSKY, EDYTHE R. JABLONSKY
and EDYTHE JABLONSKY RESIDENCE TRUST,

**SUMMONS**

Plaintiffs,

-against-

3-9-2017
DL

LIBERTY INSURANCE CORPORATION,

Defendant.
---------------------------------------X

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED to answer the Complaint in this
action and to serve a copy of your Answer; or, if the Complaint is
not served with this Summons, to serve Notice of Appearance on the
Plaintiff's attorney within TWENTY (20) days after the service of
this Summons, exclusive of the day of service (or within THIRTY
(30) days after the service is complete if this Summons is not
personally delivered to you within the State of New York); and in
case of your failure to appear or answer, judgment will be taken
against you by default for the relief demanded herein.

Dated: New York, New York
       March 8, 2017

Yours, etc.,

WILKOFSKY, FRIEDMAN,
KAREL & CUMMINS

By:   __/s/_____
      HARRY A. CUMMINS
      Attorneys for Plaintiff
      299 Broadway - Suite 1700
      New York, New York 10007
      (212) 285-0510

TO:  LIBERTY INSURANCE CORPORATION,
     c/o Department of Financial Services
     1 State Street, 19th Floor
     New York, New York 10004

HC:lv
20162/16J167.L2

1

FILED: NEW YORK COUNTY CLERK 03/08/2017 01:05 PM

NYSCEF DOC. NO. 1

INDEX NO. 152222/2017

RECEIVED NYSCEF: 03/08/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------x Index No.:
DOUGLAS JABLONSKY, EDYTHE R. JABLONSKY
and EDYTHE JABLONSKY RESIDENCE TRUST,

                    Plaintiffs,

        -against-                        **COMPLAINT**

LIBERTY INSURANCE CORPORATION,

                    Defendant.
-------------------------------------x

    Plaintiffs, by their attorneys, WILKOFSKY, FRIEDMAN, KAREL
and CUMMINS, as and for their Complaint, herein allege the
following upon information and belief:

    **FIRST**:  At all times herein mentioned, Plaintiff
DOUGLAS JABLONSKY was and is a natural person over the age of
eighteen (18) years, residing in the State of New York.

    **SECOND**: At all times herein mentioned, Plaintiff
EDYTHE R. JABLONSKY was and is a natural person over the age of
eighteen (18) years, residing in the State of New York.

    **THIRD**:  At all times hereinafter mentioned, Plaintiff EDYTHE
JABLONSKY RESIDENCE TRUST was and is a trust existing under and by
virtue of the laws of the State of New York and formed under terms
of a trust agreement.

    **FOURTH**:  Upon information and belief, the Defendant was and
is a corporation duly organized and existing under and by virtue
of the laws of a State other than New York, and is duly licensed
to issue insurance policies within the State of New York,
including the insurance policy at issue herein.

FILED: NEW YORK COUNTY CLERK 03/08/2017 01:05 PM
NYSCEF DOC. NO. 1

INDEX NO. 152222/2017
RECEIVED NYSCEF: 03/08/2017

**FIFTH**: At all times herein mentioned, Plaintiffs possessed a valid insurable interest with respect to the aforementioned subject premises.

**SIXTH**: Heretofore and on or about July 30,2015, Defendant duly issued a certain policy of insurance to the Plaintiffs bearing number H37-228-236882-40, wherein and whereby it did insure, _inter alia_, the premises located at 1354 East 15 Street Brooklyn, New York 11238 (hereinafter "subject premises") for the period of July 30th, 2015 through July 30th, 2016, with dwelling coverage in the amount of $479,000.00.

**SEVENTH**: On or about July 3, 2016, the aforementioned policy was in full force and effect.

**EIGHTH**: On or about July 3, 2016, the subject premises was caused to sustain damage due to a covered peril under the subject policy of insurance.

**NINTH**: As a result thereof, Plaintiffs have sustained a loss in at least the sum of $413,140.84.

**TENTH**: No part of the said sum has been paid, although duly demanded.

**WHEREFORE**, Plaintiffs demand judgment in the sum of at least $413,140.84, all together with interest thereon from July 3, 2016, and the costs and disbursements of this action.

Dated: New York, New York
        March 8, 2017

WILKOFSKY, FRIEDMAN,
KAREL & CUMMINS

By:    /s/
       HARRY A. CUMMINS
       Attorneys for Plaintiffs
       299 Broadway - Suite 1700
       New York, New York 10007
       hcummins@wfkclaw.com
       (212) 285-0510

20162\16J167.L1

# NEW YORK STATE
# DEPARTMENT *of*
# FINANCIAL SERVICES
### ONE COMMERCE PLAZA
### ALBANY, NY  12257



Corporation Service Company
 Liberty Insurance Corporation
80 State Street
Albany NY 122072543

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Docket No.:   17-cv-            Year 2017

DOUGLAS JABLONSKY, EDYTHE R. JABLONSKY, and EDYTHE JABLONSKY RESIDENCE TRUST,

Plaintiffs,

-against-

LIBERTY INSURANCE CORPORATION,

Defendant.

NOTICE OF REMOVAL

FELDMAN, RUDY, KIRBY & FARQUHARSON, P.C.
Attorneys for Defendant Liberty
410 Jericho Turnpike – Suite 315
Jericho, NY 11753
516-334-2500

Service of the within

is admitted this            day of                       ,

…………………………………………
Attorney(s) for

( ) **NOTICE OF ENTRY**
Please take notice
that an                                                  of which the within is a copy, was duly granted in the
within entitled action on the           day of                    ,            , and duly entered in the office of the Clerk
of the County of                              on the                    day of                            ,

( ) **NOTICE OF SETTLEMENT**
Please take notice
that  an order

of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at
on the                                  day of                    ,

Dated,                                                            Yours, etc.