UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x   Docket No.:
DOUGLAS JABLONSKY, EDYTHE R. JABLONSKY       1:17-cv-02571-ILG-LB
and EDYTHE JABLONSKY RESIDENCE TRUST,

      Plaintiffs,

                 **STIPULATION**
  -against-             **OF DISMISSAL**
                  <u>**WITH PREJUDICE**</u>

LIBERTY INSURANCE CORPORATION,

      Defendant.
----------------------------------------x

  IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action through their undersigned counsel, that this action be and the same hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with no award of costs or fees in favor of or against any Party.

  IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts, that facsimile and/or electronic copies of this stipulation shall be deemed originals, and that this stipulation may be filed with the Court without further notice to the parties.

Dated: New York, New York
   November 20, 2017

Feldman, Rudy, Kirby        WILKOFSKY FRIEDMAN,
& Farquharson, P.C         KAREL & CUMMINS

By: BRIAN RUDY           By: JONATHAN J. WILKOFSKY
Attorneys for Defendant       Attorneys for Plaintiffs
410 Jericho Turnpike, Suite 315   299 Broadway - Suite 1700
Jericho, NY 11753         New York, New York  10007
(516)334-2500           (212) 285-0510
brrudy@feldmanrudy.com      hcummins@wfkclaw.com

SO-ORDERED

U.S.D.J       11/29/17